# EXHIBIT 1

US009072931B2

(12) **United States Patent**
Lagree

(10) **Patent No.:** **US 9,072,931 B2**
(45) **Date of Patent:** **Jul. 7, 2015**

(54) **EXERCISE MACHINE CARRIAGE SYSTEM**

(71) Applicant: **SPX Fitness, Inc.**, Burbank, CA (US)

(72) Inventor: **Sebastien Anthony Louis Lagree**, West Hollywood, CA (US)

(73) Assignee: **SPX Fitness, Inc.**, Burbank, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/511,527**

(22) Filed: **Oct. 10, 2014**

(65) **Prior Publication Data**

US 2015/0024914 A1     Jan. 22, 2015

**Related U.S. Application Data**

(60) Provisional application No. 61/894,521, filed on Oct. 23, 2013.

(51) **Int. Cl.**
*A63B 22/00* (2006.01)
*A63B 21/04* (2006.01)

(52) **U.S. Cl.**
CPC ......... *A63B 22/0089* (2013.01); *A63B 21/0428* (2013.01)

(58) **Field of Classification Search**
CPC ................... A63B 2208/0252; A63B 23/0233; A63B 21/00047; A63B 22/0087; A63B 23/0211; A63B 21/0428; A63B 21/068; A63B 21/0557
USPC ......... 482/51, 69, 70–73, 79–80, 95–96, 101, 482/129–135, 139, 142–147
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,866,868 | A | * | 7/1932 | Thomson et al. ............... | 482/72 |
| 4,706,953 | A | * | 11/1987 | Graham ........................... | 482/96 |
| 4,845,987 | A | * | 7/1989 | Kenneth ..................... | 73/379.01 |
| 5,179,746 | A | * | 1/1993 | Rogers ............................. | 5/625 |
| 6,042,523 | A | * | 3/2000 | Graham ........................ | 482/121 |
| 6,461,283 | B1 | * | 10/2002 | Maron .......................... | 482/123 |
| 7,803,095 | B1 | | 9/2010 | LaGree | |
| 8,613,692 | B2 | * | 12/2013 | Baudhuin ..................... | 482/121 |
| 8,641,585 | B2 | | 2/2014 | LaGree | |
| 2009/0118108 | A1 | * | 5/2009 | Uygan .......................... | 482/135 |
| 2011/0172069 | A1 | * | 7/2011 | Gerschefske et al. ......... | 482/139 |

* cited by examiner

*Primary Examiner* — Loan H Thanh
*Assistant Examiner* — Jennifer M Deichl
(74) *Attorney, Agent, or Firm* — Neustel Law Offices

(57) **ABSTRACT**

An exercise machine carriage system which allows for a wide range of exercises while maintaining improved balance and control for the exerciser. The exercise machine generally includes a stationary frame and a carriage adapted to slide along at least one track on the frame. The carriage may include at least one opening on its upper surface to be used by an exerciser to perform a variety of exercises. The carriage may also include, either in combination with the openings or alternatively, at least one carriage strap extending across its upper surface for use in a variety of exercises. Platforms may also be included on either end of the frame, each of the platforms including its own platform strap. By utilizing such openings and/or straps, a wide variety of exercises may be accomplished that otherwise would be difficult or impossible to perform on conventional exercise machines.

**25 Claims, 23 Drawing Sheets**



**U.S. Patent**    Jul. 7, 2015    **Sheet 1 of 23**    **US 9,072,931 B2**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5a



FIG. 5b

Case 4:15-cv-04592-JST    Document 1-1    Filed 10/05/15    Page 9 of 32



FIG. 5c



FIG. 5d



FIG. 5e



FIG. 5f



FIG. 6a



FIG. 6b



FIG. 6c



FIG. 6d



FIG. 6e



FIG. 6f



FIG. 6g



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

US 9,072,931 B2

**1**

## EXERCISE MACHINE CARRIAGE SYSTEM

### CROSS REFERENCE TO RELATED APPLICATIONS

I hereby claim benefit under Title 35, United States Code, Section 119(e) of U.S. provisional patent application Ser. No. 61/894,521 filed Oct. 23, 2013. The U.S. Ser. No. 61/894,521 application is hereby incorporated by reference into this application.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable to this application.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to an exercise machine carriage and more specifically it relates to an exercise machine carriage which allows for a wide range of exercises while maintaining improved balance and control for the exerciser.

2. Description of the Related Art

Any discussion of the related art throughout the specification should in no way be considered as an admission that such related art is widely known or forms part of common general knowledge in the field.

Exercise machines have been in use for many years. One common exercise machine that has enjoyed increasing popularity is the Pilates machine. A conventional Pilates machine generally includes a frame, a track extending across the frame, and a carriage slidably connected to the track. The carriage is connected to one end of the frame by one or more bias members such as springs. U.S. Pat. Nos. 7,803,095 and 8,641,585 to Sebastien Lagree both disclose an exemplary exercise machines suitable for Pilates exercises and additional exercises. U.S. Pat. No. 8,641,585 discloses the usage of a pair of openings at one end of the carriage.

While there have been numerous improvements in Pilates machines over the years, resulting in a wide variety of new designs, the prior art designs still suffer from a number of drawbacks. Because prior art Pilates machines do not include openings on either end of the carriage, or the use of straps, an exerciser is forced to rely upon frictional engagement between the body and the carriage when moving the carriage back and forth along the track during exercise.

This severely limits the types of exercises that can be performed to exercises which can be performed with simply a frictional engagement between the body and the carriage. Exercises in which there is limited contact between the body and the carriage, such as an exercise performed with fingertips or toes, are difficult or impossible to perform without something to anchor the fingertips, toes, or other limited contact body parts to the carriage. Even with more conventional exercises, the lack of such anchoring points as straps or openings increases the risk that a body part will slip off the carriage during exercise and result in injury.

Because of the inherent problems with the related art, there is a need for a new and improved exercise machine carriage system which allows for a wide range of exercises while maintaining improved balance and control for the exerciser.

### BRIEF SUMMARY OF THE INVENTION

The invention generally relates to an exercise machine carriage system which includes a stationary frame and a carriage adapted to slide along at least one track on the frame. The carriage may include at least one opening on its upper surface to be used by an exerciser to perform a variety of exercises. The carriage may also include, either in combination with the openings or alternatively, at least one carriage strap extending across its upper surface for use in a variety of exercises. Platforms may also be included on either end of the frame, each of the platforms including its own platform strap. By utilizing such openings and/or straps, a wide variety of exercises may be accomplished that otherwise would be difficult or impossible to perform on conventional exercise machines.

There has thus been outlined, rather broadly, some of the features of the invention in order that the detailed description thereof may be better understood, and in order that the present contribution to the art may be better appreciated. There are additional features of the invention that will be described hereinafter and that will form the subject matter of the claims appended hereto. In this respect, before explaining one or more embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction or to the arrangements of the components set forth in the following description or illustrated in the drawings. The invention is capable of other embodiments and of being practiced and carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein are for the purpose of the description and should not be regarded as limiting.

### BRIEF DESCRIPTION OF THE DRAWINGS

Various other objects, features and attendant advantages of the present invention will become fully appreciated as the same becomes better understood when considered in conjunction with the accompanying drawings, in which like reference characters designate the same or similar parts throughout the several views, and wherein:

FIG. **1** is an upper perspective view of the present invention.

FIG. **2** is a top view of the present invention.

FIG. **3** is a side view of the present invention.

FIG. **4** is an upper perspective view of a carriage of the present invention with openings.

FIG. **5***a* is an upper perspective view of a carriage of the present invention with straps.

FIG. **5***b* is a top view of the carriage having no openings with straps at opposing ends and opposing sides.

FIG. **5***c* is a top view of the carriage with straps at opposing ends.

FIG. **5***d* is a top view of the carriage with straps at opposing sides.

FIG. **5***e* is a bottom view of the carriage.

FIG. **5***f* is a side view of the carriage.

FIG. **6***a* is an upper perspective view of a carriage of the present invention with straps and openings.

FIG. **6***b* is a top view of the carriage having openings and straps with the straps attached to the upper surface of the carriage.

FIG. **6***c* is a top view of the carriage having openings and straps with the straps extending through the openings for attachment to the sides of the openings or the lower surface of the carriage.

FIG. **6***d* is a top view of the carriage with openings and straps at opposing ends of the carriage.

FIG. **6***e* is a top view of the carriage with openings and straps at opposing sides of the carriage.

US 9,072,931 B2

**3**

FIG. **6f** is a bottom view of the carriage with the openings and straps extending through the openings attached to the lower surface of the carriage.

FIG. **6g** is a side view of the carriage with the straps extending.

FIG. **7** is an upper perspective view of an exerciser in a refracted position performing a kneeling exercise with the present invention.

FIG. **8** is an upper perspective view of an exerciser in an extended position performing a kneeling exercise with the present invention.

FIG. **9** is an upper perspective view of an exerciser in a refracted position performing a standing exercise with the present invention.

FIG. **10** is an upper perspective view of an exerciser in an extended position performing a standing exercise with the present invention.

FIG. **11** is an upper perspective view of an exerciser in a refracted position performing a sitting exercise with the present invention.

FIG. **12** is an upper perspective view of an exerciser in an extended position performing a sitting exercise with the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

A. Overview.

Turning now descriptively to the drawings, in which similar reference characters denote similar elements throughout the several views, FIGS. **1** through **12** illustrate an exercise machine carriage system **10**, which comprises an exercise machine **20** which includes a stationary frame **22** and a carriage **30** adapted to slide along at least one track **25**, **26** on the frame **22**. The carriage **30** may include at least one opening **35**, **36**, **37**, **38** on its upper surface to be used by an exerciser **12** to perform a variety of exercises. The carriage **30** may also include, either in combination with the openings **35**, **36**, **37**, **38** or alternatively, at least one carriage strap **40**, **42**, **44**, **46** extending across its upper surface for use in a variety of exercises. Platforms **50**, **60** may also be included on either end **23**, **24** of the frame **22**, each of the platforms **50**, **60** including its own platform strap **57**, **67**. By utilizing such openings **35**, **36**, **37**, **38** and/or straps **40**, **42**, **44**, **46**, **57**, **67**, a wide variety of exercises may be accomplished that otherwise would be difficult or impossible to perform on conventional exercise machines.

B. Exercise Machine.

The figures illustrate an exemplary exercise machine **20** for use with the present invention. In particular, the present invention is preferably utilized within a Pilates exercise machine **20** as illustrated throughout the figures. While the figures and description illustrate and describe the exercise machine **20** as being comprised of a Pilates machine, it is appreciated that the present invention may be utilized in combination with other exercise machines which includes a carriage **30**, one or more end platforms **50**, **60**, or other structures which would benefit from the usage of openings or straps.

It should be further noted that while certain features and accessories of an exercise machine **20** are shown in the drawings, these references are for illustrative purposes only, and are not meant to be limiting. By virtue of the design fundamentals of exercise machines **20**, and because a progressive resistance means is incorporated into the exercise machine **20** as a primary force against which exercises are performed, any number of known or unknown accessories could be added to the apparatuses with the same effect as the accessories and features shown.

**4**

As shown throughout the figures, an exemplary exercise machine **20** includes a frame **22** having a first end **23** and a second end **24**. The exercise machine **20** includes at least one track **25**, **26** extending between the first and second ends **23**, **24** on which a carriage **30** slidably moves. In a preferred embodiment shown in the figures, a first track **25** and a second track **26** each extend between the first and second ends **23**, **24** of the frame **22** in a parallel manner with respect to each other.

A carriage **30** is movably secured to the tracks **25**, **26** such that the carriage **30** may be slid, rolled, or otherwise moved between the first end **23** and the second end **24** of the frame **22**. The carriage **30** includes a central axis which extends parallel with respect to the at least one track **25**, **26**.

The tracks **25**, **26** are oriented longitudinally along the moving axis of the exercise machine **20**. In some embodiments, the first end **23** of the frame **22** may include a first platform **50** and the second end **24** of the frame **22** may include a second platform **60**, with the tracks **25**, **26** extending between the platforms **50**, **60** as shown in FIG. **1**.

In the exemplary figures, one or more bias members **27** are shown being connected between the frame **22** and the carriage **30**. The bias members **27** are included to impart a biasing force against which the carriage **30** is moved during exercise. For some exercises, no bias members **27** may be engaged, and for other exercises, one, or a plurality of bias members **27** may be engaged to create the preferred resistance force. Varying K factors may be used for the bias members **27** to create a higher or lower resistive force that would be overcome by an exerciser **12** during exercise. In its resting state, the carriage **30** is positioned substantially closer to the first end **22** of the exercise machine **20**.

U.S. Pat. Nos. 7,803,095 and 8,641,585 to Sebastien Lagree both disclose exemplary exercise machines with a movable carriage and are both hereby incorporated herein by reference.

C. Carriage.

As shown throughout the figures, the present invention includes a carriage **30** which is movably connected to the one or more tracks **25**, **26** of the present invention. In a preferred embodiment, the carriage **30** is movably (e.g. slidably, rollably, etc.) positioned upon one or more tracks **25**, **26**, with a bias member **27** being connected between the carriage **30** and a frame **22** as shown in FIG. **1**. The carriage **30** is movable along a longitudinal axis of the frame **22** of the exercise machine **20** to move between opposing ends of the exercise machine **20**.

The carriage **30** may comprise various shapes, sizes, orientations, and configurations. Thus, the scope of the present invention should not be construed as limiting in any of these respects of the carriage **30**. In the exemplary embodiment shown in the figures, the carriage **30** includes a first end **31**, a second end **32**, a first side **33**, and a second side **34**. Although the carriage **30** is illustrated as having a substantially rectangular configuration, other configurations may be utilized to suit different exercises or body types.

The carriage **30** includes an upper surface **70** that the person exercising engages with their body parts (e.g. feet, hands, arms, legs). The upper surface **70** of the carriage **30** is preferably cushioned and comprised of a relatively non-slip material. The carriage **30** further includes a lower surface **72** that is opposite of the upper surface **70**. The moving components that allow the carriage **30** to move along the tracks **25**, **26** are attached to the lower surface **72** of the carriage **30**. The lower surface **72** and the upper surface **70** are both preferably substantially planar and parallel with respect to one another.

As shown throughout the figures, the carriage **30** may include at least one opening **35**, **36**, **37**, **38** and/or at least one

US 9,072,931 B2

5

carriage strap **40**, **42**, **44**, **46**. Some embodiments of the carriage **30** may include only openings **35**, **36**, **37**, **38**, some embodiment of the carriage **30** may include only carriage straps **40**, **42**, **44**, **46**, and some embodiments of the carriage **30** may include a combination of openings **35**, **36**, **37**, **38** and carriage straps **40**, **42**, **44**, **46**.

Exemplary embodiments of the carriage **30** are shown throughout the figures. FIG. **4** illustrates a carriage **30** embodiment utilizing only openings **35**, **36**, **37**, **38** and no carriage straps **40**, **42**, **44**, **46**. FIGS. **5***a* through **5***f* illustrate an embodiment of the carriage **30** utilizing only carriage straps **40**, **42**, **44**, **46** with no openings **35**, **36**, **37**, **38**. FIGS. **6***a* through **6***g* illustrate an embodiment of the carriage **30** which utilizes both openings **35**, **36**, **37**, **38** and carriage straps **40**, **42**, **44**, **46**.

i. Carriage Openings.

As shown in FIGS. **1**, **2**, **4**, and **6-9**, the carriage **30** may include one or more openings **35**, **36**, **37**, **38** that extend through the upper surface **70** into the body of the carriage **30**. The openings **35**, **36**, **37**, **38** preferably extend completely through the carriage **30** from the upper surface **70** to the lower surface **72**. However, the openings **35**, **36**, **37**, **38** may only extend partially through the carriage **30** having a terminating end such as a floor.

The openings **35**, **36**, **37**, **38** are adapted for use by the exerciser **12** to insert hands, feet, or other body parts into the openings **35**, **36**, **37**, **38** within the carriage **30** when the present invention is in use. The figures illustrate an exemplary embodiment which includes a first opening **35** near a first end **31** of the carriage **30**, a second opening **36** near a second end **32** of the carriage **30**, a third opening **37** near the first end **31** of the carriage **30**, and a fourth opening **38** near the second end **32** of the carriage **30**.

It should be appreciated that the number, shape, size, placement, orientation, and configuration of the openings **35**, **36**, **37**, **38** may vary in different embodiments of the present invention. The figures merely illustrate one exemplary embodiment of the present invention. More or less openings **35**, **36**, **37**, **38** could be included to accommodate more exercises or to target more specific exercises. The shape and size of the openings **35**, **36**, **37**, **38** may vary to accommodate different types of exercisers **12** or to increase or decrease range of movement. The placement and orientation of the openings **35**, **36**, **37**, **38** may be varied for different body types and exercises.

In some embodiments, the openings **35**, **36**, **37**, **38** do not extend fully through the body of the carriage **30** as shown in the figures. In such embodiments, the openings **35**, **36**, **37**, **38** may simple comprise pockets or depressions in the body of the carriage **30** into which the exerciser **12** may place his feet or hands. Some embodiments may include some openings **35**, **36**, **37**, **38** extending fully through the carriage **30** and some openings **35**, **36**, **37**, **38** comprises such pockets or depressions.

In the preferred embodiment shown in the figures, each of the openings **35**, **36**, **37**, **38** comprises an elongated-shaped opening which is substantially transverse with respect to the tracks **25**, **26** of the frame **22**. It should be appreciated that all of the openings **35**, **36**, **37**, **38** need not be the same shape or size on the same carriage **30**. In the figures, the first and third openings **35**, **37** each comprise less area than the second and fourth openings **36**, **38**, with the first and third openings **35**, **37** each including inner anchoring edges **39**a,b to which the first carriage strap **40** may be anchored on either end.

In the figures, the openings **35**, **36**, **37**, **38** are shown in the four corners of the carriage **30**. In such an embodiment, the first opening **35** is positioned near the first end **31** of the

6

carriage **30** on a first side of a central axis extending through the body of the carriage **30** parallel with respect to the tracks **25**, **26**. The first opening **35** is thus preferably positioned near the first side **33** of the carriage **30**.

The second opening **36** is positioned near the second end **32** of the carriage **30** on the first side of the same central axis, near the first side **33** of the carriage **30**. The third opening **37** is positioned near the first end **31** of the carriage **30** on a second side of the central axis, near the second side **34** of the carriage **30**. The fourth opening **38** is positioned near the second end **32** of the carriage **30** on the second side of the central axis, near the second side **34** of the carriage **30**.

ii. Carriage Straps.

As shown in FIGS. **1-3** and **5-12**, the carriage **30** may include at least one carriage strap **40**, **42**, **44**, **46** lying atop the surface of the carriage **30**. Although details are not shown, it should be noted that the carriage straps **40**, **42**, **44**, **46** are affixed to the carriage **30**. Nevertheless, the carriage straps **40**, **42**, **44**, **46** are flexible and not overly taught, thereby allowing a exerciser **12** to insert one or more feet or hands between one or more of the carriage straps **40**, **42**, **44**, **46** and the corresponding underlying surface. By inserting feet or hands underneath the carriage straps **40**, **42**, **44**, **46** until all slack is removed and a solid mechanical engagement is realized, the exerciser **12** can more efficiently slide the carriage **30** along the parallel tracks **25**, **26** against the spring **27** resistance force, while at the same time, anchor their feet or hands to the platforms **50**, **60** for better balance and safer performance of the exercise.

It should be noted that, as shown throughout the figures, the carriage straps **40**, **42**, **44**, **46** may be incorporated into the carriage **30** without the addition of openings **35**, **36**, **37**, **38**, and that openings **35**, **36**, **37**, **38** may be incorporated into a carriage **30** without incorporating straps **40**, **42**, **44**, **46**. Further, a plurality of straps **40**, **42**, **44**, **46** and openings **35**, **36**, **37**, **38** may be incorporated into the carriage **30** in various ratios or combinations, noting in particular that the straps **40**, **42**, **44**, **46** and openings **35**, **36**, **37**, **38** may be oriented either in alignment with the longitudinal axis of the apparatus, or at any angular orientation to the longitudinal axis such that the straps **40**, **42**, **44**, **46** and openings **35**, **36**, **37**, **38** are oriented to comfortably accommodate feet or hands within the exerciser's **12** normal ranges of motion as necessary to perform various exercises.

In the figures, the at least one carriage strap **40**, **42**, **44**, **46** is shown resting upon the upper surface **70** of the carriage **30**. The ends of the carriage straps **40**, **42**, **44**, **46** are affixed to the carriage **30** in such a manner as to allow the exerciser **12** to insert a foot or hand between the carriage straps **40**, **42**, **44**, **46** and carriage **30** surface, thereby securing the hand or foot in a position that prevents the hand or foot from sliding along the carriage **30** during exercise.

The figures show the strap **40**, **42**, **44**, **46** ends projecting through the openings **35**, **36**, **37**, **38**, however, the ends of the carriage straps **40**, **42**, **44**, **46** may also wrap around the sides and underneath the carriage **30** surface. In either case, the strap **40**, **42**, **44**, **46** ends are affixed to the carriage **30** using any number of well-known methods including but not limited to mechanical fasteners, hook and loop fasteners, buckles or adhesives. The straps **40**, **42**, **44**, **46** may be fixedly or removably secured to the carriage **30**. The positioning of the straps **40**, **42**, **44**, **46** and the method of affixing the straps **40**, **42**, **44**, **46** to the carriage **30** are not meant to be limiting.

The figures illustrate a preferred embodiment which includes four carriage straps **40**, **42**, **44**, **46**. In such an embodiment as best shown in FIG. **5***a*, a first carriage strap **40** extends across an upper surface of the carriage **30** near its first

US 9,072,931 B2

7    8

end 31 transversely (e.g. perpendicularly) with respect to the tracks 25, 26. A second carriage strap 42 extends across an upper surface of the carriage 30 near its second end 32 perpendicularly with respect to the tracks 25, 26. A third carriage strap 44 extends across an upper surface of the carriage 30 near its first side 33 parallel with respect to the tracks 25, 26. A fourth carriage strap 46 extends across an upper surface of the carriage 30 near its second side 34 parallel with respect to the tracks 25, 26.

FIG. 6a illustrates a carriage 30 embodiment which incorporates both openings 35, 36, 37, 38 and carriage straps 40, 42, 44, 46. The orientation and positioning of the carriage straps 40, 42, 44, 46 in such an embodiment is similar to the orientation and positioning shown in FIG. 5a showing an exemplary embodiment without openings 35, 36, 37, 38. In the embodiment shown in FIG. 6a, the first carriage strap 40 extends between the first opening 35 and the third opening 37 of the carriage 30. The second carriage strap 42 extends between the second opening 36 and the fourth opening 38 of the carriage 30. The third carriage strap 44 extends between the first opening 35 and the second opening 36 of the carriage 30. The fourth carriage strap 46 extends between the third opening 37 and the fourth opening 38 of the carriage 30. Thus, the carriage straps 40, 42, 44, 46 in such an embodiment form a square-shaped outline across the carriage 30 body.

The carriage straps 40, 42, 44, 46 extend across at least a portion of the upper surface 70 of the carriage 30. One or more of the carriage straps 40, 42, 44, 46 may extend across the entire upper surface 70 of the carriage 30. The first carriage strap 40 is preferably closer to the first end 31 of the carriage 30 than the second carriage strap 42. The second carriage strap 42 is preferably closer to the second end 32 of the carriage 30 than the first carriage strap 40. The first and second carriage straps 40, 42 preferably transversely extend across a portion of the upper surface 70 of the carriage. The third carriage strap 44 and the fourth carriage strap 46 are each positioned closer to an opposite side 33, 34 of the carriage 30 as illustrated in FIG. 6b of the drawings. The third and fourth carriage straps 44, 46 extend longitudinally along the carriage 30 and further preferably are parallel with respect to the tracks 25, 26.

E. Platforms.

As shown in FIGS. 1-3 and 7-12, the exercise machine 20 may include at least one platform 50, 60 connected to either end 23, 24 of the frame 22. In a preferred embodiment shown in the figures, a first platform 50 is included at the first end 23 of the frame 22 and a second platform 60 is included at the second end 24 of the frame 22. Each of the platforms 50, 60 comprise fixable structures between which the carriage 30 may be moved when the present invention is in use.

As shown in the figures, the first platform 50 includes a first end 51, a second end 52, a first side 53, and a second side 54. The second platform 60 similarly includes a first end 61, a second end 62, a first side 63, and a second side 64. The shape, size, numbering, configuration, and orientation of the platforms 50, 60 may vary and should not be construed as limited by the exemplary figures.

The platforms 50, 60 are shown as each having grips 55, 56, 65, 66 comprising handles extending therefrom. The first platform 50 is shown as having a first grip 55 on its first side 53 and a second grip 56 on its second side 54. The second platform 60 is also shown as having a first grip 65 on its first side 63 and a second grip 66 on its second side 64.

Although grips 55, 56, 65, 66 are shown affixed to the opposed platforms 50, 60, they are merely presented to illustrate the fact that one or more hand- or feet-holding features may be affixed to the stationary structure of the platforms 50, 60 for use during an exercise, either as a means of helping the exerciser 12 to maintain balance, or as a means to maintain a better balance or body positioning during exercise. The use or omission of such grips 55, 56, 65, 66 are entirely optional.

As best shown in FIG. 1, the first platform 50 may include a first platform strap 57 and the second platform 60 may include a second platform strap 67. The first platform strap 57 extends perpendicularly across the first platform 50 with respect to the tracks 25, 26. The second platform strap 67 similarly extends perpendicularly across the second platform 60 with respect to the tracks 25, 26.

The shape, size, configuration, numbering, orientation, and placement of the platform straps 57, 67 may vary in different embodiments. Preferably, the platform straps 57, 67 are flexible and not overly taught, thereby allowing a exerciser 12 to insert one or more feet or hands between one or more of the platform straps 57, 67 and the corresponding platform 50, 60 surface. By inserting feet or hands underneath the platform straps 57, 67 until all slack is removed and a solid mechanical engagement is realized, the exerciser 12 can more efficiently slide the carriage 30 along the parallel rails against the spring 27 resistance force, while at the same time, anchor their feet or hands to the platform(s) 50, 60 for better balance and safer performance of the exercise.

F. Operation of Preferred Embodiment.

The terms "body", "foot", "ankle" and "hand" as used herein are not meant to be limiting, and refer to various parts of the human body that may be used to engage a Pilates apparatus to aid in overcoming a force during an exercise.

Further, although a small sampling of representative exercises are shown in the drawings, they are merely presented to illustrate the connection between positioning of the body upon an exercise machine 20 set at various points, as well as new methods of engagement between the exerciser 12 and the apparatus during exercising. Illustrating the body to apparatus engagement of hundreds of new and different exercises previously not possible to perform safely, or to perform at all on the present invention, would be unduly burdensome, but doing so would nevertheless affirm the novelty of the present invention, as well as the unanticipated benefits already described herein. It must also be realized, and would be instantly obvious to one skilled in the art, that the types of conditioning or therapeutic rehabilitation exercises that can be performed upon the present invention could be performed against much higher spring resistance force, and more safely than previously possible.

FIGS. 7 and 8 illustrate an exemplary first exercise for use with the present invention, showing a side view of a representative exerciser 12 with their feet penetrating through openings 35, 36, 37, 38 on a carriage 30 while performing an exercise. To support the upper body, the exerciser's 12 hands are shown grasping stationary grips 55, 56 affixed to the first platform 50. Alternatively, the exerciser 12 can place their hands anywhere on or about the stationary first platform 50, and may anchor their hands using the first platform strap 57 located upon and affixed to the first platform 50.

To prepare to perform the exercise of the illustration, the exerciser 12 kneels upon the slidable carriage 30, inserting their feet through openings 35, 36, 37, 38 in the carriage 30, thus lowering the lower leg to the carriage 30 surface, while at the same time, reducing pressure on the toes, phalanges and connective tissue if the feet otherwise were limited to resting upon the upper surface of the carriage 30. The exerciser 12 has placed their hands on the grips 55, 56 provided, although the exerciser 12 could alternatively grasp any stationary portion of the present invention.

US 9,072,931 B2

<table>
<tr><td>9</td><td>10</td></tr>
</table>

The carriage **30** rests upon, and is slidable along tracks **25**, **26** that substantially extend the length of the frame **22**. One or more springs bias members **27** are connected between the slidable carriage **30** and the frame **22**. The bias members **27** create a resistance force, expressed herein as "R", against which an exerciser **12** must exert a work force, expressed herein as "F", to overcome during exercise. Stronger exercisers **12** may attach a plurality of high tension springs **27** to create a very high resistance force, while smaller or weaker exercisers **12** may attach only one low resistance spring **27**. It is obvious to those skilled in the art that as more springs **27** are attached between the carriage **30** and frame **20**, the resulting K force is increased, requiring the exerciser **12** to expend increased energy to move the carriage **30** against the increased work load.

The exerciser **12** starts in a kneeling position upon the carriage **30**, with their knees proximal to the stationary first platform **50**, and grasps the grips **55**, **56**. At this position, the springs **27** exert minimal force upon the carriage **30**. As the exerciser **12** begins the exercise, they move their knees away from their hands, thereby causing the carriage **30** to move distal to the first platform **50**, correspondingly stretching the spring **27** resistance means. As the springs **27** are extended, the K value of the resistance R increases, requiring the exerciser **12** to exert more exercise force F in order to overcome the increasing resistance. In instances where exercisers **12** want a very high intensity exercise routine either to shorten the duration of their routine, or to more aggressively engage large gluteal or lower back muscles, they may attach many springs **27** between the carriage **30** and stationary frame **22**, thereby establishing a very high workout resistance.

FIG. **7** shows the exerciser **12** positioning one foot partially into an opening **35**, **36**, **37**, **38** of the carriage **30**. It should be noted that an exerciser **12** could place both feet into one or more of the openings **35**, **36**, **37**, **38** to perform certain exercises, while only placing one foot in one of the openings **35**, **36**, **37**, **38** for other exercises. In some instances, certain exercises performed on the present invention require only the foot, and not the exerciser's **12** lower leg to be in contact with the carriage **30** or platforms **50**, **60**.

Nevertheless, those exercises are often performed more efficiently when the exerciser's **12** foot engages a hard surface normal to the resistance force R, such as the inside wall of one of the openings **35**, **36**, **37**, **38** in a carriage **30** that can be pushed directly opposite the direction of the spring **27** resistance force, rather than relying on the exerciser's **12** body weight and coefficient of friction between a small portion of the foot placed upon the top flat surface of a carriage **30** as with the prior art.

When the F force required to overcome the resistance force R is sufficiently high such that the contact between the exerciser's **12** knees and carriage **30** overcomes the coefficient of friction there between, the exerciser's **12** knees will slide along the carriage **30** without the benefit of moving the carriage **30** against the full resistance force. In such cases, the exerciser **12** loses the intended high intensity of the workout. The relatively low coefficient of friction between a person's body and the platforms **50**, **60** of an exercise machine **20** is worsened when the exerciser **12** wears athletic clothes comprised of spandex or other slippery material, and when the exerciser **12** perspires on the top surface of the platform. In combination, the slippery material and wet platform **50**, **60** surfaces create an environment that inhibits a high frictional coefficient, and at the same time, increases the potential for dangerous slips or falls from the apparatus.

On the other hand, by inserting their feet through one or more of the openings **35**, **36**, **37**, **38** on the carriage **30**, the exerciser **12** is able to push linearly and in direct opposition to the spring **27** resistance, obviating any requirement to maintain a frictional interference between their knees and surface of the carriage **30**.

The novel introduction of one or more openings **35**, **36**, **37**, **38** into an exercise machine **20** is important not only to prevent frictional slippage of the knees upon the carriage **30**, but to also reduce or eliminate the possibility of injuring the toes and phalanges of the feet if otherwise requiring the toes to rest in a hyper-extended position upon the upper surface **70** of the carriage **30** or platforms **50**, **60**. Such a position not only positions the toes at or beyond the normal range of motion, it is potentially injury-causing, and uncomfortably distracting. Further, the lack of openings **35**, **36**, **37**, **38** fails to provide the necessary mechanically sound connection between the exerciser **12** and the carriage **30** as is obviously required when performing exercises in situations when the very high R resistance of the springs **27** exceeds the coefficient of friction between the exerciser's **12** knees and carriage **30**.

FIGS. **9** and **10** are exemplary diagrams showing substantially a view of an exerciser **12** with their lower legs positioned upon the present invention, with one foot engaging the first platform strap **57** of the first platform **50**, and a second foot engaging one of the carriage straps **40**, **42**, **44**, **46** affixed to a slidable carriage **30** for the purposes of performing an exercise in which the exercise force F is applied in opposition to the spring **27** resistance force R.

More specifically, an exerciser **12** starts the exercise routine when the carriage **30** is at its resting position proximal to the stationary first platform **50**. The exerciser **12** places their toes under one or more of the carriage straps **40**, **42**, **44**, **46** and the first platform strap **57**, and continues inserting each foot until the respective strap is taught, and rests against the instep, ankle or lower leg. When the straps **40**, **42**, **44**, **46**, **57** are taught, the feet are securely retained in the proper position to perform the exercise.

The exerciser **12** begins the work phase of the exercise by spreading their legs apart as shown in FIG. **8**; the exercise force applied F being sufficient to overcome the spring **27** resistive force R, causing the slidable carriage **30** to move away from the stationary end platform **50**. This phase is expressed mathematically as F>R. The exercise is continued until the feet are at a maximum distance from each other as determined to be within the exerciser's **12** normal range of motion, or a point at which the force of the extension springs **27** equals the exercise force applied to the carriage **30**, simply expressed mathematically as R=F. Continuing the exercise, the exerciser **12** begins moving the feet towards one another slowly, resisting but not exceeding the spring **27** resistance force, expressed mathematically as R>F.

As will become obvious to those skilled in the art, the amount of work force applied against the spring **27** resistance force when the feet are secured to the platforms **50**, **60** by platform straps **57**, **67** is appreciably higher compared to relying merely on the coefficient of friction between the bottom surface of the foot, and the top surface of the platforms **50**, **60** to prevent the feet from slipping from their starting positions.

FIGS. **10** and **11** are exemplary diagrams showing substantially a view of an exerciser **12** positioned in a sitting position performing an abdominal exercise upon a stationary second platform **60**, with their feet engaging one of the flexible carriage straps **35**, **36**, **37**, **38**, the ends of which are affixed to the slidable carriage **30** of the exercise machine **20**.

To perform the exercise, the exerciser **12** begins by sitting on the stationary second platform **60**, and with knees bent, placing their feet under one of the flexible carriage straps **40**,

US 9,072,931 B2

11 12

42, 44, 46 while the carriage 30 is proximal to the second platform 60. The heels of the feet may also engage the inner wall of one or more of the openings 35, 36, 37, 38 for added engagement of the carriage 30.

As the exercise begins, the exerciser 12 pushes their feet against one or more of the carriage straps 40, 42, 44, 46 and/or one or more of the openings 35, 36, 37, 38 such that the pushing force F exceeds the resistance force R of the springs 27. The exerciser 12 has cantilevered the weight of their torso beyond the stationary platform 60, thereby inducing a lifting force that acts upwardly on the feet. Without the feet being secured to the carriage 30 by one or more of the carriage straps 40, 42, 44, 46, the feet would lift from the carriage 30, thereby reducing or eliminating the workload upon the abdominal muscles.

Further, since the downward force of the feet upon the carriage 30 is nominal, or even negative, meaning the feet are lifting from the carriage 30 surface, there can be no reliance on friction between the feet and carriage 30 to reasonably push the carriage 30 against the spring 27 resistance force. Therefore, the straps 40, 42, 44, 46 prevent the feet from lifting from the carriage 30 during an exercise, and the strap 40, 42, 44, 46 and/or one or more of the openings 35, 36, 37, 38 separately or together provide for a solid mechanical surface normal to R against which the exerciser 12 may apply foot force sufficient enough to overcome R.

As will become immediately obvious to one skilled in the art, the use of straps 40, 42, 44, 46, 57, 67 and/or carriage openings 35, 36, 37, 38 as just described allow an exerciser 12 to perform this exercise upon the present invention, but absent one or more of the straps 40, 42, 44, 46, 57, 67 and/or one or more of the openings 35, 36, 37, 38, it would be nearly impossible for the exerciser 12 to perform this exercise, such as on a prior art device. Therefore, the present invention not only secures feet and hands more soundly to the surfaces of an exercise machine 20, they reduce the risk of injury caused by slipping on the carriage 30 or platforms 50, 60, and further allows the performance of certain exercises that could not be performed previously on prior art devices without straps 40, 42, 44, 46, 57, 67 and/or openings 35, 36, 37, 38.

Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods and materials similar to or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods and materials are described above. All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety to the extent allowed by applicable law and regulations. The present invention may be embodied in other specific forms without departing from the spirit or essential attributes thereof, and it is therefore desired that the present embodiment be considered in all respects as illustrative and not restrictive. Any headings utilized within the description are for convenience only and have no legal or limiting effect.

The invention claimed is:

1. An exercise machine, comprising:
a frame having at least one track, a first end and a second end opposite said first end;
wherein said at least one track has a longitudinal axis;
a carriage movably connected to said at least one track, said carriage including a first end and a second end opposite of said first end;
wherein said carriage is adapted to be movable along a portion of said longitudinal axis of said at least one track;

at least one bias member connected between said frame and said carriage, wherein said at least one bias member provides a biasing force to said carriage;
a first platform connected to or near said first end of said frame;
a second platform connected to or near said second end of said frame;
a first opening within said carriage near said first end of said carriage; and
a second opening within said carriage near said first end of said carriage;
wherein said first opening and said second opening are large enough to allow a foot or a hand of an exerciser to be inserted through said first opening or said second opening; and
wherein said first opening and said second opening are each elongated and extend in a substantially transverse direction with respect to said at least one track.

2. The exercise machine of claim 1, wherein said carriage includes a central axis extending parallel with respect to said at least one track, and wherein said carriage includes a third opening near said second end of said carriage, wherein said first and third openings are on a first side of said central axis.

3. The exercise machine of claim 2, including a fourth opening near said second end of said carriage, wherein said second and forth openings are on said second side of said central axis.

4. The exercise machine of claim 3, wherein said first and third openings are positioned near a first side of said carriage.

5. The exercise machine of claim 4, wherein said second and forth openings are positioned near said second side of said carriage.

6. The exercise machine of claim 5, wherein said third opening and said fourth opening are each elongated and extend in a substantially transverse direction with respect to said at least one track.

7. The exercise machine of claim 3, including a first carriage strap that extends between said first opening and said second opening, wherein said first carriage strap extends across a portion of an upper surface of said carriage.

8. The exercise machine of claim 7, including a second carriage strap that extends between said third opening and said fourth opening, wherein said second carriage strap extends across a portion of said upper surface of said carriage.

9. The exercise machine of claim 8, including a third carriage strap that extends between said first opening and said third opening, wherein said third carriage strap extends across a portion of said upper surface of said carriage.

10. The exercise machine of claim 9, including a fourth carriage strap that extends between said second opening and said fourth opening, wherein said fourth carriage strap extends across a portion of said upper surface of said carriage.

11. The exercise machine of claim 10, wherein said first carriage strap extends through said first opening and said second opening, wherein said second carriage strap extends through said third opening and said fourth opening.

12. The exercise machine of claim 1, including a first carriage strap extending across a portion of an upper surface of said carriage.

13. The exercise machine of claim 12, including a second carriage strap extending across a portion of said upper surface of said carriage, wherein said first carriage strap and said second carriage strap each extend transversely with respect to said at least one track.

14. The exercise machine of claim 13, including a third carriage strap extending longitudinally across a portion of

US 9,072,931 B2

13

said upper surface and a fourth carriage strap extending longitudinally across a portion of said upper surface.

15. The exercise machine of claim 1, including a first platform strap attached to said first platform, wherein said first platform strap extends transversely with respect to said at least one track.

16. An exercise machine, comprising:

a frame having at least one track, a first end and a second end;

wherein said at least one track has a longitudinal axis;

a carriage movably connected to said at least one track, wherein said carriage includes a first end, a second end, a first side, and a second side;

wherein said carriage is adapted to be movable along a portion of said longitudinal axis of said at least one track;

at least one bias member connected between said frame and said carriage, wherein said at least one bias member provides a biasing force to said carriage;

a first platform connected to said frame;

a first opening within said carriage near said first end of said carriage, wherein said first opening is elongated and substantially transverse with respect to said at least one track;

a second opening within said carriage near said second end of said carriage, wherein said second opening is elongated and substantially transverse with respect to said at least one track;

wherein said first opening and said second opening are large enough to allow a foot or a hand of an exerciser to be inserted into said first opening or said second opening;

a third opening within said carriage near said first end of said carriage, wherein said third opening is elongated and substantially transverse with respect to said at least one track;

a fourth opening within said carriage near said second end of said carriage, wherein said fourth opening is elongated and substantially transverse with respect to said at least one track;

a first carriage strap extending across a portion of an upper surface of said carriage near said first opening and said third opening, said first carriage strap extending transversely with respect to said one or more track; and

a second carriage strap extending across a portion of said upper surface of said carriage near said second opening and said third opening, said second carriage strap extending longitudinally.

17. An exercise machine, comprising:

14

a frame having at least one track, a first end and a second end;

wherein said at least one track has a longitudinal axis;

a carriage movably connected to said at least one track, said carriage including a first end and a second end opposite of said first end;

wherein said carriage is adapted to be movable along a portion of said longitudinal axis of said at least one track;

at least one bias member connected between said frame and said carriage, wherein said at least one bias member provides a biasing force to said carriage;

a first platform connected to said frame;

a first opening and a second opening within said carriage, wherein at least a portion of said first opening is elongated having a first longitudinal axis and wherein at least a portion of said second opening is elongated having a second longitudinal axis, wherein said first longitudinal axis and said second longitudinal axis are both transverse with respect to said longitudinal axis of said at least one track;

a first carriage strap attached to said carriage and extending across at least a portion of an upper surface of said carriage, wherein said first carriage strap extends into said first opening and said second opening; and

a first platform strap attached to said first platform and extending across at least a portion of an upper surface of said first platform.

18. The exercise machine of claim 17, wherein said first end of said carriage faces towards said first end of said frame.

19. The exercise machine of claim 17, wherein said first carriage strap is near said first end of said carriage.

20. The exercise machine of claim 17, wherein said first platform is connected to or near said first end of said frame.

21. The exercise machine of claim 17, including a second platform connected to said frame.

22. The exercise machine of claim 21, including a second platform strap attached to said second platform and extending across at least at least a portion of an upper surface of said second platform.

23. The exercise machine of claim 22, wherein said first platform is connected to or near said first end of said frame, wherein said second platform is connected to or near said second end of said frame.

24. The exercise machine of claim 21, wherein said carriage is movably positioned between said first platform and said second platform.

25. The exercise machine of claim 17, wherein said first opening is near said first end of said carriage.

*   *   *   *   *