ROBERT P. ANDRIS  (SBN:  130290)
MICHAEL D. KANACH  (SBN:  271215)
GORDON & REES SCULLY MANSUKHANI
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054

KEVIN W. ALEXANDER  (SBN:  175204)
GORDON & REES SCULLY MANSUKHANI
101 W. Broadway, Suite 2000
San Diego, CA 92101
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendants,
SPARTACUS 20TH LP (NV) DOING BUSINESS AS BODYROK;
SPARTACUS 20TH PROPERTIES, L.P.;
SPARTACUS 20TH PROPERTIES G.P., INC.;
BODYROK FRANCHISE, L.P.;
BODYROK FRANCHISE G.P., INC.;
PHILIP R. PALUMBO;
JAKOB IRION;
EXERCISE TECHNOLOGIES, L.P.; and
SCULPT FITNESS BERKELEY, LLC

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIEN LAGREE AND SPX FITNESS, INC. D.B.A. LAGREE FITNESS<br><br>Plaintiffs,<br><br>vs.<br><br>SPARTACUS 20TH LP (NV) D.B.A. BODYROK, SPARTACUS 20TH PROPERTIES, L.P., SPARTACUS 20TH PROPERTIES G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., SCULPT FITNESS BERKELEY, LLC AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO.  3:15-cv-04592-JST<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  January 7, 2016<br>Time:  2:00 p.m.<br>Dept:  Courtroom 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

-1-

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants SPARTACUS 20TH LP (NV) DOING BUSINESS AS BODYROK; SPARTACUS 20TH PROPERTIES, L.P.; SPARTACUS 20TH PROPERTIES G.P., INC.; BODYROK FRANCHISE, L.P.; BODYROK FRANCHISE G.P., INC.; PHILIP R. PALUMBO; JAKOB IRION; EXERCISE TECHNOLOGIES, L.P.; and SCULPT FITNESS BERKELEY, LLC (hereinafter collectively "Defendants"), file their Notice of Motion and Motion to Dismiss the Complaint, Or, In the Alternative, Motion for Summary Judgment with respect to all four causes of action asserted by Plaintiffs SEBASTIEN LAGREE and SPX FITNESS, INC. D.B.A. LAGREE FITNESS (hereinafter collectively "Plaintiffs"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") or Rule 56 because the Complaint fails as a matter of law to assert facts to support any of the four causes of action. A hearing is scheduled to occur on **Thursday, January 7, 2016,** at 2:00 p.m., before Hon. Hon. Jon S. Tigar at 450 Golden Gate Avenue, Courtroom 9, 19th Floor, San Francisco, CA.

Defendants' Motion to Dismiss is based on this Notice, the concurrently filed Memorandum of Points and Authorities, the Request for Judicial Notice, the Declarations of Michael D. Kanach and Jakob Irion, and exhibits thereto, the [Proposed] Order, all pleadings on record and all documents judicially noticed, and further arguments which may be raised in reply and at the hearing.

Dated:  December 1, 2015                    GORDON & REES LLP


                                            By:    */Robert P. Andris/*
                                                   Robert P. Andris  (SBN:  130290)
                                                   Kevin W. Alexander  (SBN:  175204)
                                                   Michael D. Kanach  (SBN:  271215)

                                            Attorneys for Defendants,
                                            SPARTACUS 20TH LP (NV) DBA
                                            BODYROK;
                                            SPARTACUS 20TH PROPERTIES, L.P.;
                                            SPARTACUS 20TH PROPERTIES G.P.,
                                            INC.;
                                            BODYROK FRANCHISE, L.P.;
                                            BODYROK FRANCHISE G.P., INC.;
                                            PHILIP R. PALUMBO;

-2-



JAKOB IRION;
EXERCISE TECHNOLOGIES, L.P.; and
SCULPT FITNESS BERKELEY, LLC

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

-3-

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT
OR ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT          No.: 3:15-cv-04592-JST