1  STEFANI E. SHANBERG (State Bar No. 206717)
   JOHN P. FLYNN (State Bar No. 141094)
2  JENNIFER J. SCHMIDT (State Bar No. 295579)
   MICHAEL J. GUO (State Bar No. 284917)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market Plaza
   Spear Tower, Suite 3300
5  San Francisco, California  94105
   Telephone:    (415) 947-2000
6  Facsimile:    (415) 947-2099
   E-Mail:       sshanberg@wsgr.com
7              jflynn@wsgr.com
              jschmidt@wsgr.com
8              mguo@wsgr.com

9  Attorneys for Plaintiffs
   SEBASTIEN LAGREE AND
10 SPX FITNESS, INC. D.B.A.
   LAGREE FITNESS

ROBERT P. ANDRIS (SBN: 130290)
MICHAEL D. KANACH (SBN: 271215)
GORDON & REES SCULLY MANSUKHANI
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054

KEVIN W. ALEXANDER (SBN: 175204)
GORDON & REES SCULLY MANSUKHANI
101 W. Broadway, Suite 2000
San Diego, CA 92101
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
SPARTACUS 20TH LP (NV) D.B.A.
BODYROK; SPARTACUS 20TH
PROPERTIES, L.P.; SPARTACUS 20TH
PROPERTIES G.P., INC.; BODYROK
FRANCHISE, L.P.; BODYROK FRANCHISE
G.P., INC.; PHILIP R. PALUMBO; JAKOB
IRION; EXERCISE TECHNOLOGIES, L.P.;
and SCULPT FITNESS BERKELEY, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

SEBASTIEN LAGREE AND
SPX FITNESS, INC. D.B.A LAGREE
FITNESS,

                    Plaintiffs,

v.

SPARTACUS 20TH LP (NV) D.B.A.
BODYROK, SPARTACUS 20TH
PROPERTIES, L.P., SPARTACUS 20TH
PROPERTIES G.P., INC., PHILIP R.
PALUMBO, JAKOB IRION, BODYROK
FRANCHISE, L.P., BODYROK
FRANCHISE G.P., INC., EXERCISE
TECHNOLOGIES, L.P., SCULPT FITNESS
BERKELEY, LLC, AND DOES 1
THROUGH 10, INCLUSIVE,

                    Defendants.

Case No. 3:15-cv-04592-JST

**STIPULATION WITHDRAWING
PLAINTIFFS' MOTION FOR
EXPEDITED DISCOVERY AND
[PROPOSED] ORDER**

WHEREAS, defendants Spartacus 20th LP (NV) d.b.a. BodyRok; Spartacus 20th Properties, L.P.; Spartacus 20th Properties G.P., Inc.; Philip R. Palumbo; Jakob Irion; BodyRok Franchise, L.P.; BodyRok Franchise G.P., Inc.; Exercise Technologies, L.P.; and Sculpt Fitness Berkeley, LLC (collectively, "Defendants") filed a Motion to Dismiss Complaint or, in the Alternative, Motion for Summary Judgment on December 1, 2015, Dkt. No. 15;

WHEREAS, plaintiffs Sebastien Lagree and SPX Fitness, Inc. d.b.a. Lagree Fitness (collectively, "Plaintiffs") filed a Motion for Expedited Discovery on December 3, 2015, Dkt. No. 18;

WHEREAS, on December 17, 2015, Defendants filed an Opposition to Plaintiffs' Motion for Expedited Discovery, Dkt. No. 24;

WHEREAS, on December 23, 2015, Plaintiffs filed a Reply in Support of Motion for Expedited Discovery, Dkt. No. 28;

WHEREAS, on January 11, 2016, the Court denied without prejudice Defendants' Motion to Dismiss Complaint or, in the Alternative, Motion for Summary Judgment, Dkt. No. 29;

WHEREAS, the Motion for Expedited Discovery is noticed for a hearing on January 21, 2016, at 2:00 p.m., Dkt. No. 20;

WHEREAS, Plaintiffs and Defendants are scheduled for a mediation on February 1, 2016; and

WHEREAS, Plaintiffs have agreed to withdraw their Motion for Expedited Discovery without prejudice;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for the parties set forth below, that Plaintiffs' Motion for Expedited Discovery, Dkt. No. 18, is hereby withdrawn without prejudice as to any of the issues raised therein.

Dated:  January 20, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____ /s/ Stefani E. Shanberg _____
Stefani E. Shanberg

1

2                         Attorneys for Plaintiffs
SEBASTIEN LAGREE
AND SPX FITNESS, INC.

3

4 Dated:  January 20, 2016           GORDON & REES LLP

5

6                         By: _____ /s/ *Robert P. Andris* _____
                                    Robert P. Andris

7

8                         Attorneys for Defendants
SPARTACUS 20TH LP (NV) DBA
BODYROK; SPARTACUS 20TH

9 PROPERTIES, L.P.; SPARTACUS 20TH
PROPERTIES G.P., INC.; BODYROK

10 FRANCHISE, L.P.; BODYROK FRANCHISE
G.P., INC.; PHILIP R. PALUMBO; JAKOB

11 IRION; EXERCISE TECHNOLOGIES, L.P.;
and SCULPT FITNESS BERKELEY, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION WITHDRAWING MOTION
FOR EXPEDITED DISCOVERY AND
[PROPOSED] ORDER         - 3 -
Case No. 3:15-cv-04592-JST

1

**<u>ORDER</u>**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated:  January 20, 2016

5

6

7

8

Judge Jon S. Tigar

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28