UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIEN LAGREE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SPARTACUS 20TH LP (NV), et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04592-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Exchange of Initial Disclosures | January 26, 2016 |
| ADR Deadline | February 12, 2016 |
| Deadline to amend the pleadings | February 12, 2016 |
| Defendants' Answer to Complaint | February 26, 2016 |
| Fact Discovery Opens | February 29, 2016 |
| Plaintiffs' Disclosures of Asserted Claims and Infringement Contentions Pursuant to Patent L.R. 3-1 and Accompanying Document Production Pursuant to Patent L.R. 3-2 | April 22, 2016 |
| Defendants' Invalidity Contentions Pursuant to Patent L.R. 3-3 and Accompanying Document Production Pursuant to Patent L.R. 3-4 | June 10, 2016 |

| Event | Deadline |
|---|---|
| Exchange of Proposed Terms for Construction Pursuant to Patent L.R. 4-1 | June 24, 2016 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence Pursuant to Patent L.R. 4-2 | July 22, 2016 |
| Joint Claim Construction and Prehearing Statement Pursuant to Patent L.R. 4-3 | August 5, 2016 |
| Completion of Claim Construction Discovery Pursuant to Patent L.R. 4-4 | September 9, 2016 |
| Plaintiffs' Opening Claim Construction Brief Pursuant to Patent L.R. 4-5(a) | September 23, 2016 |
| Defendants' Claim Construction Responsive Brief Pursuant to Patent L.R. 4-5(b) | October 7, 2016 |
| Plaintiffs' Claim Construction Reply Brief pursuant to Patent L.R. 4-5(c) | October 21, 2016 |
| Claim construction tutorial | November 1, 2016 at 2:00 p.m. (2 hours) |
| Claim construction hearing | November 15, 2016 at 1:30 p.m. (2.5 hours) |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties shall meet and confer regarding the format, scope, and content of both the tutorial and the claim construction hearing, including but not limited to the permissible subjects of discussion at each, whether experts will testify, and what audio-visual equipment, if any, will be needed by the parties. They also shall exchange copies of any audio-visual material at least **ten court days** before they intend to use it in court, and shall bring any disputes regarding the format, scope, or content of any tutorial or hearing to the Court's attention at least **five court days** before the tutorial or hearing. The Court will deem as waived any objection raised less than five court days before the tutorial or hearing. The parties shall lodge hard copies of their presentation materials with the Court on the day of the tutorial or claim construction hearing.

The Court will reserve no more than 2 hours on its calendar for the tutorial, including a brief recess. The tutorial will not be reported by a court reporter.

At claim construction, the Court will construe only the terms the parties identify in their Joint Claim Construction and Prehearing Statement as "most significant to the resolution of the case up to a maximum of 10." Patent Local Rule 4-3(c). The Court will reserve no more than on 2.5 hours on its calendar for the claim construction hearing, including a brief recess. The Court prefers that the parties proceed term-by-term, with each party providing its views on each term before moving on to the next. The Court's use of time limits means that the parties may not have the opportunity to present oral argument on every term they have submitted for construction, and the parties should prioritize their presentations accordingly.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Dated: January 21, 2016

JON S. TIGAR
United States District Judge