STEFANI E. SHANBERG (State Bar No. 206717)
JOHN P. FLYNN (State Bar No. 141094)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
E-Mail:  sshanberg@wsgr.com
jflynn@wsgr.com
jschmidt@wsgr.com
mguo@wsgr.com

Attorneys for Plaintiffs
SEBASTIEN LAGREE AND
SPX FITNESS, INC. D.B.A.
LAGREE FITNESS

ROBERT P. ANDRIS (SBN: 130290)
MICHAEL D. KANACH (SBN: 271215)
GORDON & REES SCULLY MANSUKHANI
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054

KEVIN W. ALEXANDER (SBN: 175204)
GORDON & REES SCULLY MANSUKHANI
101 W. Broadway, Suite 2000
San Diego, CA 92101
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
SPARTACUS 20TH LP (NV) D.B.A.
BODYROK; SPARTACUS 20TH
PROPERTIES, L.P.; SPARTACUS 20TH
PROPERTIES G.P., INC.; BODYROK
FRANCHISE, L.P.; BODYROK FRANCHISE
G.P., INC.; PHILIP R. PALUMBO; JAKOB
IRION; EXERCISE TECHNOLOGIES, L.P.;
and SCULPT FITNESS BERKELEY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SEBASTIEN LAGREE AND SPX FITNESS, INC. D.B.A LAGREE FITNESS,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTACUS 20TH LP (NV) D.B.A. BODYROK, SPARTACUS 20TH PROPERTIES, L.P., SPARTACUS 20TH PROPERTIES G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., SCULPT FITNESS BERKELEY, LLC, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 3:15-cv-04592-JST<br><br>**STIPULATION TO CONTINUE STAY AND [PROPOSED] ORDER** |

WHEREAS, plaintiffs Sebastien Lagree and SPX Fitness, Inc. d.b.a. Lagree Fitness (collectively, "Plaintiffs") and defendants Spartacus 20th LP (NV) d.b.a. BodyRok; Spartacus 20th Properties, L.P.; Spartacus 20th Properties G.P., Inc.; Philip R. Palumbo; Jakob Irion; BodyRok Franchise, L.P.; BodyRok Franchise G.P., Inc.; Exercise Technologies, L.P.; and Sculpt Fitness Berkeley, LLC (collectively, "Defendants") participated in a mediation on February 1, 2016, and a follow-on mediation on February 24, 2016, facilitated by Cathy Yanni, JAMS, have reached an agreement in principle, and are working to finalize a settlement agreement;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for Plaintiffs and Defendants, subject to the Court's approval, that case deadlines are further stayed and continued for ten (10) days from entry of this Order, pending finalization of the settlement agreement and the anticipated dismissal of this action.

Dated: March 11, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/ *Michael J. Guo*_____
            Michael J. Guo

Attorneys for Plaintiffs
SEBASTIEN LAGREE
AND SPX FITNESS, INC.

Dated: March 11, 2016

GORDON & REES LLP


By: _____/s/ *Robert P. Andris*_____
            Robert P. Andris

Attorneys for Defendants
SPARTACUS 20TH LP (NV) DBA BODYROK; SPARTACUS 20TH PROPERTIES, L.P.; SPARTACUS 20TH PROPERTIES G.P., INC.; BODYROK FRANCHISE, L.P.; BODYROK FRANCHISE G.P., INC.; PHILIP R. PALUMBO; JAKOB IRION; EXERCISE TECHNOLOGIES, L.P.; and SCULPT FITNESS BERKELEY, LLC

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: March 14, 2016

APPROVED

Judge Jon S. Tigar

## ATTESTATION CLAUSE

I, Michael J. Guo, am the ECF User whose identification and password are being used to file this Stipulation to Continue Stay and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert P. Andris of Gordon & Rees LLP has concurred in this filing.

Dated: March 11, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____ /s/ *Michael J. Guo* _____
          Michael J. Guo

Attorneys for Plaintiffs
SEBASTIEN LAGREE
AND SPX FITNESS, INC.