STEFANI E. SHANBERG (State Bar No. 206717)
JOHN P. FLYNN (State Bar No. 141094)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:   (415) 947-2000
Facsimile:   (415) 947-2099
E-Mail:       sshanberg@wsgr.com
                    jflynn@wsgr.com
                    jschmidt@wsgr.com
                    mguo@wsgr.com

Attorneys for Plaintiffs
SEBASTIEN LAGREE AND
SPX FITNESS, INC. D.B.A.
LAGREE FITNESS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SEBASTIEN LAGREE AND SPX FITNESS, INC. D.B.A LAGREE FITNESS, <br><br> Plaintiffs, <br><br> v. <br><br> SPARTACUS 20TH LP (NV) D.B.A. BODYROK, SPARTACUS 20TH PROPERTIES, L.P., SPARTACUS 20TH PROPERTIES G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., SCULPT FITNESS BERKELEY, LLC, AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | Case No. 3:15-cv-04592-JST <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL
Case No. 3:15-cv-04592-JST

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Sebastien Lagree and SPX Fitness, Inc. d.b.a. Lagree Fitness hereby voluntarily dismiss the complaint in this action *without prejudice*.

Dated:  March 23, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____ */s/ Stefani E. Shanberg* _____
                    Stefani E. Shanberg

Attorneys for Plaintiffs
SEBASTIEN LAGREE
AND SPX FITNESS, INC.

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL                    - 1 -
Case No. 3:15-cv-04592-JST