United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEBASTIEN LAGREE, et al.,

    Plaintiffs,

  v.

SPARTACUS 20TH LP (NV), et al.,

    Defendants.

Case No. 15-cv-04592-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 41

    Plaintiffs have filed a notice of voluntary dismissal dated March 23, 2016. ECF No. 41. Because the notice of dismissal was filed "before the opposing party serves either an answer or a motion for summary judgment," it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    This case has been dismissed without prejudice. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: March 23, 2016

                                JON S. TIGAR
                                United States District Judge