STEFANI E. SHANBERG (State Bar No. 206717)
JOHN P. FLYNN (State Bar No. 141094)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
E-Mail:    sshanberg@wsgr.com
           jflynn@wsgr.com
           jschmidt@wsgr.com
           mguo@wsgr.com

Attorneys for Plaintiffs
SEBASTIEN LAGREE AND
SPX FITNESS, INC. D.B.A.
LAGREE FITNESS

ROBERT P. ANDRIS (SBN: 130290)
MICHAEL D. KANACH (SBN: 271215)
GORDON & REES SCULLY MANSUKHANI
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054

KEVIN W. ALEXANDER (SBN: 175204)
GORDON & REES SCULLY MANSUKHANI
101 W. Broadway, Suite 2000
San Diego, CA 92101
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
SPARTACUS 20TH LP (NV) D.B.A.
BODYROK; SPARTACUS 20TH
PROPERTIES, L.P.; SPARTACUS 20TH
PROPERTIES G.P., INC.; BODYROK
FRANCHISE, L.P.; BODYROK FRANCHISE
G.P., INC.; PHILIP R. PALUMBO; JAKOB
IRION; EXERCISE TECHNOLOGIES, L.P.;
and SCULPT FITNESS BERKELEY, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEBASTIEN LAGREE AND SPX FITNESS, INC. D.B.A LAGREE FITNESS,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTACUS 20TH LP (NV) D.B.A. BODYROK, SPARTACUS 20TH PROPERTIES, L.P., SPARTACUS 20TH PROPERTIES G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., SCULPT FITNESS BERKELEY, LLC, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 3:15-cv-04592-JST<br><br>**STIPULATION TO ENLARGE TIME FOR OPPOSITION AND REPLY REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND [PROPOSED] ORDER** |

WHEREAS, defendants Spartacus 20th LP (NV) d.b.a. BodyRok; Spartacus 20th Properties, L.P.; Spartacus 20th Properties G.P., Inc.; Philip R. Palumbo; Jakob Irion; BodyRok Franchise, L.P.; BodyRok Franchise G.P., Inc.; Exercise Technologies, L.P.; and Sculpt Fitness Berkeley, LLC (collectively, "Defendants") filed a Notice of Motion and Motion for Attorneys' Fees ("Motion"), Dkt. No. 45, on April 7, 2016;

WHEREAS, plaintiffs Sebastien Lagree and SPX Fitness, Inc.'s d.b.a. Lagree Fitness (collectively, "Plaintiffs") opposition to the Motion is due on April 21, 2016;

WHEREAS, defendants' reply to plaintiffs' opposition is due on April 28, 2016; and

WHEREAS, the Court rescheduled the hearing regarding the Motion from May 12, 2016, at 2:00 p.m. to June 16, 2016, at 2:00 p.m., Dkt. No. 46;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for Plaintiffs and Defendants, subject to the Court's approval, that pursuant to Civil Local Rule 6-1(b), the deadline for plaintiffs' opposition to the Motion is extended to May 5, 2016, and the deadline for defendants' reply to plaintiffs' opposition is due on May 26, 2016.

Dated: April 11, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ *Michael J. Guo*_____
          Michael J. Guo

Attorneys for Plaintiffs
SEBASTIEN LAGREE
AND SPX FITNESS, INC.

Dated: April 11, 2016

GORDON & REES LLP

By: _____/s/ *Robert P. Andris*_____
          Robert P. Andris

Attorneys for Defendants
SPARTACUS 20TH LP (NV) DBA BODYROK; SPARTACUS 20TH PROPERTIES, L.P.; SPARTACUS 20TH PROPERTIES G.P., INC.; BODYROK

1 | FRANCHISE, L.P.; BODYROK FRANCHISE G.P., INC.; PHILIP R. PALUMBO; JAKOB IRION; EXERCISE TECHNOLOGIES, L.P.; and SCULPT FITNESS BERKELEY, LLC

STIPULATION TO ENLARGE TIME
RE DEFS.' MOT. FOR ATTORNEYS' FEES
AND [PROPOSED] ORDER                - 3 -
Case No. 3:15-cv-04592-JST

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Cr tkr'33.'4238



STIPULATION TO ENLARGE TIME
RE DEFS.' MOT. FOR ATTORNEYS' FEES
AND [PROPOSED] ORDER
Case No. 3:15-cv-04592-JST

- 1 -