STEFANI E. SHANBERG (State Bar No. 206717)
JOHN P. FLYNN (State Bar No. 141094)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
E-Mail:  sshanberg@wsgr.com
         jflynn@wsgr.com
         jschmidt@wsgr.com
         mguo@wsgr.com

Attorneys for Plaintiffs
SEBASTIEN LAGREE AND
SPX FITNESS, INC. D.B.A.
LAGREE FITNESS

ROBERT P. ANDRIS (SBN: 130290)
MICHAEL D. KANACH (SBN: 271215)
GORDON & REES SCULLY MANSUKHANI
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054

KEVIN W. ALEXANDER (SBN: 175204)
GORDON & REES SCULLY MANSUKHANI
101 W. Broadway, Suite 2000
San Diego, CA 92101
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
SPARTACUS 20TH LP (NV) D.B.A.
BODYROK; SPARTACUS 20TH
PROPERTIES, L.P.; SPARTACUS 20TH
PROPERTIES G.P., INC.; BODYROK
FRANCHISE, L.P.; BODYROK FRANCHISE
G.P., INC.; PHILIP R. PALUMBO; JAKOB
IRION; EXERCISE TECHNOLOGIES, L.P.;
and SCULPT FITNESS BERKELEY, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEBASTIEN LAGREE AND SPX FITNESS, INC. D.B.A LAGREE FITNESS,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTACUS 20TH LP (NV) D.B.A. BODYROK, SPARTACUS 20TH PROPERTIES, L.P., SPARTACUS 20TH PROPERTIES G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., SCULPT FITNESS BERKELEY, LLC, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 3:15-cv-04592-JST<br><br>**STIPULATION WITHDRAWING PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS AND [PROPOSED] ORDER** |

WHEREAS, defendants Spartacus 20th LP (NV) d.b.a. BodyRok; Spartacus 20th Properties, L.P.; Spartacus 20th Properties G.P., Inc.; Philip R. Palumbo; Jakob Irion; BodyRok Franchise, L.P.; BodyRok Franchise G.P., Inc.; and Exercise Technologies, L.P.; Sculpt Fitness Berkeley, LLC (collectively, "Defendants") filed a Motion for Attorneys' Fees on April 7, 2016, (ECF 45), seeking fees pursuant to (1) the Patent Act, (2) Rule 11, (3) the Lanham Act, and (4) the Court's inherent authority;

WHEREAS, plaintiffs Sebastien Lagree and SPX Fitness, Inc. d.b.a. Lagree Fitness (collectively, "Plaintiffs") filed an Administrative Motion to Strike on April 13, 2016 (ECF 50);

WHEREAS, on April 15, 2016, Defendants informed Plaintiffs that Defendants would stipulate to withdrawal of the request for relief pursuant to Rule 11;

WHEREAS, Defendants have agreed to withdraw its Motion for Attorney's Fees with respect to the request for Rule 11 sanctions without prejudice, while maintaining the Motion for Attorneys' Fees requesting relief pursuant to (1) the Patent Act, (2) the Lanham Act, and (3) the Court's inherent authority (ECF 45);

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for the parties set forth below, that the portion of Defendants' Motion for Attorney's Fees seeking relief pursuant to Rule 11 is withdrawn without prejudice as to any of the issues raised therein. Defendants maintain the Motion for Attorneys' Fees requesting relief pursuant to (1) the Patent Act, (2) the Lanham Act, and (3) the Court's inherent authority.

Dated: April 20, 2016                    GORDON & REES LLP

By: _____/s/ *Robert P. Andris*_____
       Robert P. Andris

Attorneys for Defendants
SPARTACUS 20TH LP (NV) DBA BODYROK; SPARTACUS 20TH PROPERTIES, L.P.; SPARTACUS 20TH PROPERTIES G.P., INC.; BODYROK FRANCHISE, L.P.; BODYROK FRANCHISE G.P., INC.; PHILIP R. PALUMBO; JAKOB IRION; EXERCISE TECHNOLOGIES, L.P.; and SCULPT FITNESS BERKELEY, LLC

1
2  Dated:  April 20, 2016                        WILSON SONSINI GOODRICH & ROSATI
3                                                Professional Corporation
4
5                                                By:      /s/ *Stefani E. Shanberg*
                                                          Stefani E. Shanberg
6                                                Attorneys for Plaintiffs
7                                                SEBASTIEN LAGREE
                                                 AND SPX FITNESS, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  Dated: April 20, 2016

*APPROVED*
*Judge Jon S. Tigar*
*United States District Court, Northern District of California*