UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIEN LAGREE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SPARTACUS 20TH LP (NV), et al.,<br><br>    Defendants. | Case No. 15-cv-04592-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 45 |

    Before the Court is Defendant's Motion for Attorneys' Fees. ECF No. 45. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for July 14, 2016, is hereby VACATED.

    IT IS SO ORDERED.

Dated: July 5, 2016

                              JON S. TIGAR<br>                          United States District Judge