ROBERT P. ANDRIS  (SBN 130290)
*randris@gordonrees.com*
MICHAEL D. KANACH  (SBN 271215)
*mkanach@gordonrees.com*
GORDON & REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile:  (415)986-8054

KEVIN W. ALEXANDER  (SBN 175204)
*kalexander@gordonrees.com*
GORDON & REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendants,
SPARTACUS 20TH LP (NV) DOING BUSINESS AS BODYROK;
SPARTACUS 20TH PROPERTIES, L.P.;
SPARTACUS 20TH PROPERTIES G.P., INC.;
BODYROK FRANCHISE, L.P.;
BODYROK FRANCHISE G.P., INC.;
PHILIP R. PALUMBO;
JAKOB IRION;
EXERCISE TECHNOLOGIES, L.P.; and
SCULPT FITNESS BERKELEY, LLC

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIEN LAGREE AND SPX FITNESS, INC. D.B.A. LAGREE FITNESS<br><br>Plaintiffs,<br><br>vs.<br><br>SPARTACUS 20TH LP (NV) D.B.A. BODYROK, SPARTACUS 20TH PROPERTIES, L.P., SPARTACUS 20TH PROPERTIES G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., SCULPT FITNESS BERKELEY, LLC AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO.  3:15-cv-04592-JST<br>The Honorable Jon S. Tigar<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

DEFENDANTS' NOTICE OF APPEAL                                           No.: 3:15-cv-04592-JST

NOTICE IS HEREBY GIVEN that Defendants, SPARTACUS 20TH LP (NV) DOING BUSINESS AS BODYROK; SPARTACUS 20TH PROPERTIES, L.P.; SPARTICUS 20TH PROPERTIES G.P., INC.; BODYROK FRANCHISE, L.P.; BODYROK FRANCHISE G.P., INC.; PHILIP R. PALUMBO; JAKOB IRION; EXERCISE TECHNOLOGIES, L.P.; and SCULPT FITNESS BERKELEY, LLC (hereinafter collectively "Defendants" or "BodyRok") in the above named case hereby appeal to the United Stated Court of Appeals for the Federal Circuit from the Order Denying Motion For Attorneys' Fees entered in this action on September 14, 2016 (ECF 65), and to the Minute Order Noting Dismissal entered in this action on March 23, 2016 (ECF 42).

Respectfully submitted,

Dated:  October 14, 2016          GORDON & REES LLP


By:    */s/Robert P. Andris*
          Robert P. Andris
          Kevin W. Alexander
          Michael D. Kanach

Attorneys for Defendants,
SPARTACUS 20TH LP (NV) DBA BODYROK;
SPARTACUS 20TH PROPERTIES, L.P.;
SPARTACUS 20TH PROPERTIES G.P., INC.;
BODYROK FRANCHISE, L.P.;
BODYROK FRANCHISE G.P., INC.;
PHILIP R. PALUMBO;
JAKOB IRION;
EXERCISE TECHNOLOGIES, L.P.; and
SCULPT FITNESS BERKELEY, LLC

1110959/30079783v.1

-1-

DEFENDANTS' NOTICE OF APPEAL                          No.: 3:15-cv-04592-JST