NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**SEBASTIEN LAGREE, SPX FITNESS, INC., dba
Lagree Fitness,**

*Plaintiffs - Appellees*

v.

**SPARTACUS 20TH LP (NV), dba BodyRok,
SPARTACUS 20TH PROPERTIES, L.P.,
SPARTACUS 20TH PROPERTIES G.P., INC.,
BODYROK FRANCHISE, L.P., BODYROK
FRANCHISE G.P., INC., EXERCISE
TECHNOLOGIES, L.P., PHILIP R. PALUMBO,
JAKOB IRION, SCULPT FITNESS BERKELEY,
LLC,**

*Defendants - Appellants*

———————————————

17-1075

———————————————

Appeal from the United States District Court for the
Northern District of California in case no. 3:15-cv-04592-
JST United States District Judge Jon S. Tigar

———————————————

**O R D E R**

Case 4:15-cv-04592-JST   Document 69   Filed 12/21/16   Page 2 of 2

2                                                    LAGREE V. SPARTACUS 20TH LP (NV)

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs.

FOR THE COURT

December 16, 2016            /s/ Peter R. Marksteiner
                            Peter R. Marksteiner
                            Clerk of Court

**ISSUED AS A MANDATE:** December 16, 2016